JS-6

RANDY H. McMURRAY, ESQ. (SBN 126888)
BRIAN T. DUNN, ESQ. (SBN 176502)
BRITANY M. ENGELMAN, ESQ. (SBN 238618)
**THE COCHRAN FIRM – LOS ANGELES**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone (323) 931-6200
Facsimile (323) 931-9521

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M.C., a minor, individually and as Successor in Interest to Darrick Collins, deceased, by and through his Guardian Ad Litem KENDRA DEAN; D.J.C., a minor, individually and as Successor in Interest to Darrick Collins, deceased, by and through her Guardian Ad Litem, LATOSHIA JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. CV10-03904-GAF-AJW<br><br>**ORDER RE: DISMISSAL OF ALL FEDERAL CAUSES OF ACTION PURSUANT TO 42 U.S.C. §1983;**<br><br>**[PROPOSED] ORDER REMANDING ACTION TO STATE COURT**<br><br>**F.R.C.P. 41(a)** |

Pursuant to the stipulation of parties, filed concurrently herewith IT IS SO

ORDERED that the above-captioned federal causes of action under U.S.C. §1983

1

*only* shall be dismissed against all defendants, with prejudice pursuant to FRCP 41

(a)(1); and that this matter be immediately Remanded to Los Angeles Superior Court-

Central District pursuant to 28 U.S.C. §1441(b).  :


DATED: June 3, 2010         _____

                            HON. DISTRICT COURT JUDGE